Spansel, Charles W Jr & Janet

24-z208-955

Bates Labeled Copy



CR _____
TM _____

CLOSED DATE _____
☐ GROUP 1 (INJURY)
☐ GROUP 2 (PROPERTY)
☐ GROUP 3 (OTHER)
☐ CAT
☐ WORK COMP
☐ FLOOD

24-z208-955 (H0)
Spansel 100001



SPANSEL, CHARLES W JR & JANET
109 SANDY HOOK DR
PASS CHRIS MS      39571-2425

CLOSED DATE __10/20/06__
☐ GROUP 1 (INJURY)
☐ GROUP 2 (PROPERTY)
☐ GROUP 3 (OTHER)
☒ CATASTROPHE PL
☐ WORK COMP
☐ FLOOD

CR ____
TM ____

24-z208-955

BXC141-002225

24-z208-955 (H0)
Spansel 100002

Submitted To: State Farm

BX0141-002226

CAT Code: _12_

CAT Location: _Biloxi_

Claim #: _24Z 208-955_

Policy #: _24-60-3564-4_

To: S&S Claims Service, Inc
PO Box 35343
Charlotte, NC 28235
(704) 947-7722  Fax (704) 947-7733
Tax ID #: [redacted]

Adjuster #/Name: _Avery McRae_

Insured Name: _Spansel, Charles_

Risk Location: _Pass Christian, MS_

Invoice

# 27398

Date: _____

Billing Type: Interim ___ Final ___ Supplemental ___

Gross Loss: _____

| Item | Amount | Item | Amount |
|---|---|---|---|
| Base Fee: | $ _170_ | 2 Story (includes double pulls) | $ ___ |
| Coverage A Exterior | $ ___ | More than 50 Squares | $ ___ |
| Coverage A Framing | $ ___ | Wood/Slate/Tile/Concrete Roof | $ ___ |
| Coverage A Interior | $ ___ | Phone Expense | $ _2_ |
| Coverage B | $ ___ | Add'l Fees/Expenses: ___ | $ ___ |
| ALE | $ ___ | Subtotal | $ _172_ |
| Out Buildings ___ × $ ___ | $ ___ | State Sales & Use Tax, if any | $ ___ |
| Steep Charge (7/12 pitch or greater) | $ ___ | TOTAL | $ _172_ |

WHITE: STATE FARM    GREEN: STATE FARM    YELLOW: REMITTANCE COPY    PINK: S&S HOME OFFICE    GOLD: ADJUSTER

10-1-05

# State Farm Insurance Companies

STATE FARM INSURANCE COMPANY
1909 East Pass Rd., C-10
Gulfport, MS 39507

October 24, 2005

CHARLES SPANSEL
JANET SPANSEL
900 DEAN LEE DR.
BATON ROUGE, LA 70820

RE: Claim Number: 24-Z208-955
Policy Number: 24-CD-0411-2
Property at: 109 SANDY HOOK DR., PASS CHRISTIAN, MS
Date of Loss: August 29, 2005

Dear Mr. and Mrs. Spansel:

Thank you for discussing with us the damages to your home.

Based on the results of our discussion, site inspection, and investigation, it was determined the damage to your house was caused by flood, surface water, waves and/or tidal water

Damage resulting from this cause of loss is not covered by your policy. Please refer to the policy provisions:

## Section I – Losses not insured

2. We do not insure under any coverage for any loss which would not have occurred in the absence of one or more of the following excluded events. We do not insure for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs suddenly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

   a. **Ordinance or Law**, meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure.

   c. **Water Damage**, meaning:

      (1) flood, surface water, waves, tidal water, tsunami, seiche, overflow of a body of water, or spray from any of these, all whether driven by wind or not;

      (2) water or sewage from outside the residence premises plumbing system that enters through sewers or drains, or water which enters into and overflows

24-z208-955 (H0)
Spansel 100040

HOME OFFICE: BLOOMINGTON, ILLINOIS 61710-1001

BX0141-002263

from within a sump pump, sump pump well or any other system designed to remove subsurface water which is drained from the foundation area; or

(3) water below the surface of the ground, including water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

However, we do insure for any direct loss by fire, explosion or theft resulting from water damage, provided the resulting loss is itself a Loss Insured.

As noted in the policy language above, flood, surface water, waves, et. al., are specifically excluded from coverage, whether driven by wind or not. We will be unable to assist you with any portion of your loss damaged as a result of these perils.

State Farm Insurance does not intend to waive any policy defenses, in addition to those stated above, and reserves its right to assert additional policy defenses at any time.

If you have additional information regarding your claim which has not been previously considered, or if you desire any additional explanation regarding this matter, please contact Mr. Avery Murrah, your claim representative, at 866-787-8676 ext 6253.

Sincerely,


Paula Roberts
Team Manager
228-897-4461
State Farm Fire and Casualty Company


cc: Agent – Steve Saucier - # 1344-24


24-z208-955 (H0)
Spansel 100041

BX0141-00226

**Exponent Failure Analysis**
**Please cancel this assignment.**

**Claim Number: 24-Z208-955**
**Insured: Charles Spansel**

**Thanks**

**Catastrophe Team Manager**

**David Haddock**
**10/19/05**

**If you have already inspected this loss, do not write the report. Send your investigation material with your bill.**

24-Z208-955 (HO)
Spansel 100042

10 19 05 S22

BX0141-002255

To Rick M

# REQUEST FOR ENGINEER

| | | | |
|---|---|---|---|
| Date of Request | 10/03/05 | Insured | Charles Spansel |
| Claim Rep | Avery Murrah | Contact Person | Charles Spansel |
| Phone Number | 866-787-8676 x 6253 | Home Number | 505-450-7312 |
| Fax Number | 228-606-4695 | Work Number | 504-450-7312 |
| | | Other | |
| Claim Number | 24z208955 | Street Address | 109 Sandy Hook Dr. |
| Policy Number | 24-60-3564-4 | City | Pass Christian |
| Policy Type | Homeowners | State | Ms |
| | | Zip Code | 39571 |

**Specific Reason(s) For Request:**
Item(s) to be Inspected

1. Please determine cause of loss.
2. 
3. 
4. 

Team Manager: Roberts, by M. Bergstrom
Phone Number: 205 503-0998

Approved  (YES)  NO

Date Approved: 10-5-05
Date Referred:

Firm Assigned: ~~Structures~~ Exponent

Contact Person:
Phone Number:
Fax Number:          Date Inspected:
Est. Inspection Date:  Date Report Rec'd:
Estimated Cost:

We request an inspection and report to determine the cause(s) of damage to the building on the above referenced claim. We would like your evaluation of the structure to include an analysis of weather data and how the weather was involved in the cause of loss. Sources may include, but are not limited to reports from any or all of the following:

1. Insured's statements and eyewitnesses
2. The National Weather Service
3. FEMA / NFIP
4. Coast Guard
5. Local weather information
6. NASA
7. NOAA

Please include any factual information available on the surrounding properties to support your findings. We appreciate your factual analysis.

101005807

24-z208-955 (HO)
Spansel 100043

BX0141-002266

10/6/05 Request

# State Farm Insurance Companies®

State Farm Catastrophe Office
1909 East Pass Rd., C-10
Gulfport, MS 39507

October 6, 2005

MR. CHARLES SPANSEL
900 DEAN LEE DR., UNIT 406
BATON ROUGE, LA 70820

RE: Claim Number: 24-Z2208-955
   Policy Number: 24-CD-0411-2
   Type of Policy: Homeowners
   Date of Loss: August 29, 2005

Dear Mr. Spansel:

This follows our conversation regarding your property where we discussed the damage to your second home residence. The damage to your property may have been caused by wind and water. We are continuing to investigate that portion of your loss caused by wind.

Based on our phone conversation and other facts, our investigation showed that some of your property was damaged as a result of storm surge, wave wash, and flood. Unfortunately that damage to your property is not covered under the policy identified above.

Please see the following relevant policy language:

"SECTION I - LOSSES NOT INSURED

2. We do not insure under any coverage for any loss which would not have occurred in the absence of one or more of the following excluded events. We do not insure for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs suddenly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

24-Z208-955 (H0)
Spansel 100044

BX0141-002267

Page 2
October 6, 2005

    a.    **Ordinance or Law**, meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure.

    b.    **Earth Movement**, meaning the sinking, rising, shifting, expanding or contracting of earth, all whether combined with water or not. Earth movement includes but is not limited to earthquake, landslide, mudflow, mudslide, sinkhole, subsidence, erosion or movement resulting from improper compaction, site selection or any other external forces. Earth movement also includes volcanic explosion or lava flow, except as specifically provided in **SECTION I - ADDITIONAL COVERAGES, Volcanic Action**.

        However, we do insure for any direct loss by fire resulting from earth movement, provided the resulting fire loss is itself a Loss Insured.

    c.    **Water Damage**, meaning:

        (1)    flood, surface water, waves, tidal water, tsunami, seiche, overflow of a body of water, or spray from any of these, all whether driven by wind or not;

        (2)    water or sewage from outside the **residence premises** plumbing system that enters through sewers or drains, or water which enters into and overflows from within a sump pump, sump pump well or any other system designed to remove subsurface water which is drained from the foundation area; or

        (3)    water below the surface of the ground, including water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

        However, we do insure for any direct loss by fire, explosion or theft resulting from water damage, provided the resulting loss is itself a Loss Insured."

State Farm Insurance® does not intend to waive any policy defenses, in addition to those quoted above, and reserves its right to assert additional policy defenses at any time.

24-z208-955 (H0)
Spansel 100045

BX0141-002268

Page 3
October 6, 2005

If you have additional information you would like us to consider you have not previously submitted, or if you desire any explanation of this letter, please contact me.

Sincerely,


Avery Murrah
Claim Representative
866 787 8676 ext 6253
State Farm Fire and Casualty Company



24-z208-955 (H0)
Spansel 100046

BX0141-002269

RBZ0002N
date: 12-29-08
page: 10

FIRE
claim number
24-Z208-955

ACTIVITY LOG

| date | time | entered by | office | region | no |
|---|---|---|---|---|---|
| 10-22-05 | 10:57 AM | Roberts, Paula | ZCATGULF | Al-Miss | 14 |

Please advise. Where are photos and logs of your investigation for this claim? We need proximity to water, etc. per investigation of wind and water protocols.

| date | time | entered by | office | region | no |
|---|---|---|---|---|---|
| 10-21-05 | 03:20 PM | Murrah, Avery x625 | ZCATGULF | Al-Miss | 13 |

Discussed with Insurd that this was a 2nd home and therefore not eligible for PU benefits.

| date | time | entered by | office | region | no |
|---|---|---|---|---|---|
| 10-19-05 | 06:09 PM | Murrah, Avery x625 | ZCATGULF | Al-Miss | 12 |

Sent Insured a letter denying flood for HO based upon flood being cause of loss and not an insured event. File ready to close without payment.

| date | time | entered by | office | region | no |
|---|---|---|---|---|---|
| 10-06-05 | 01:03 PM | Bergstrom, Mick | ZCATBILO | Al-Miss | 10 |

Reviewed file. OK to pay interim fee bill and return to rep pending engineer report.

| date | time | entered by | office | region | no |
|---|---|---|---|---|---|
| 10-05-05 | 11:44 AM | Bergstrom, Mick | ZCATBILO | Al-Miss | 9 |

Forwarded engineer request.

| date | time | entered by | office | region | no |
|---|---|---|---|---|---|
| 10-03-05 | 07:51 PM | Murrah, Avery x625 | ZCATGULF | Al-Miss | 8 |

Set up file for Homeowner claim under investigation and am waiting to assign it to proper party.

| date | time | entered by | office | region | no |
|---|---|---|---|---|---|
| 09-28-05 | 12:05 PM | Murrah, Avery x625 | ZCATGULF | Al-Miss | 7 |

Talked to Ms. Spansel who is now in Baton Rouge. New phone number is 504-450-7312/ 22-615-7507. Mailing address is
900 Dean Lee Dr., Unit 406, Baton Rouge, La 70820. All is left is slab and side piece of porch. Ms. Spansel asked that I interview husband for detail on house. Called him and left a message to call. I explained ALE to Ms. Spansel and she will start keeping records. I will discuss advance with Mr. S and explain when it stops after the investigation.
Tried to phone Insured at 8:15 and 8:30 PM. Finally was able to leave a message that I called on 504-450-7312.

| date | time | entered by | office | region | no |
|---|---|---|---|---|---|
| 09-17-05 | 03:30 PM | Henderson, Joe | CHARLOTT | Eastern | 6 |

Called all #'s unable to reach

24-z208-955 (HO)
Spansel 100100

date: 12-29-08                                                              page:  11

```
FIRE
claim number
24-Z208-955
```

## ACTIVITY LOG

```
date        time       entered by                     office    region    no
09-17-05    12:09 PM   Carter, Emily                  FIRECATQ  GA-SC      5
Tried contacting insured at both numbers listed and could not get through.

date        time       entered by                     office    region    no
09-07-05    12:19 PM   Hare, Lisa                     ZCATMETA  Mid-So     4
Issued cash advance under flood policy claim 24-Z208-954, $2500.

date        time       entered by                     office    region    no
09-05-05    01:51 PM   Hicks, Melissa                 FIRECATQ  Al-Miss    2
A Claim Rep Review message has been printed for * Unassigned *
Q0030 Review new policy information.  A change was made to the policy region,
policy number, or date of loss.
```

## SYSTEM GENERATED LOG

```
                                              total system log entries:     4

date        time                                      office    region    no
02-12-06    05:44 AM                                  ZCATGULF  Al-Miss   18
Referred to ZCATGULF Al-Miss   09-800
Referral Type   Cons payment sys ref

date        time                                      office    region    no
10-09-05    07:43 AM                                  ZCATGULF  Al-Miss   11
Setup Print generated manually on printer L047
 by Karen Henderson

date        time                                      office    region    no
09-05-05    03:46 PM                                  FIRECATQ  Al-Miss    3
Moved to ZCATBILO Al-Miss   09-810

date        time                                      office    region    no
09-05-05    12:06 PM                                  FIRECATQ  Al-Miss    1
Initial agent acknowledgment sent for reporting agent
24-1334 SAUCIER
```

date: 12-29-08                                                        page:    8

FIRE
claim number
24-Z208-955
================================================================================
                                  ACTIVITY LOG
================================================================================

date       time        entered by                         office    region    no
06-08-07   02:43 PM    Fair, Kristie                      CORPKAT   A1-Miss   20
Sent message to have database mailing address updated and resolution form
OVERNIGHTED to the correct mailing address of:
74 Verde St   Kenner, LA 70065

date       time        entered by                         office    region    no
06-08-07   02:23 PM    Toney, Darron                      CORPKAT   A1-Miss   19
***MISSISSIPPI REEVALUATION TEAM HANDLING CLAIM PER THE MISSISSIPPI DEPARTMENT
OF INSURANCE AGREEMENT.***

Called insured-spk to charles who advised that has not rec'd res.form.
Forw. note to have address changed to the following:
74 Verde St
Kenner, LA 70065
Insured advised that has not retained council, and aftr cr explained re-
eval.prcoess insured advised that he will be completing res.form and
forw.back to s.f. Provided insured with contact info. and insured appreciated
same.

date       time        entered by                         office    region    no
10-26-05   05:22 PM    Beadle, Jamie                      ZCATGULF  A1-Miss   17
Mgmt Rev - home completely destroyed by storm surge. Close proximity to
Gulf as shown in photos. Flood denial in file, sent same.
OK TO CWP

date       time        entered by                         office    region    no
10-22-05   07:27 PM    Murrah, Avery x625                 ZCATGULF  A1-Miss   16
This file is ready to close.

date       time        entered by                         office    region    no
10-22-05   07:27 PM    Murrah, Avery x625                 ZCATGULF  A1-Miss   15
I inspected the home this date at 9:45 AM and took pictures for the file. I
observed a risk that had been washed away, except for a few pieces of cinder b
lock wall. In this area limbs and debris were hung in branches 25 ft above gr
ade. There was a GE washer Md no wjsr2070b9ww / ser # sd180076g and a GE drye
r mo no. dvl23eblww/ sr # sd723187w. All other appliances were washed away.
This ele home was built 7'6'' above grade. It was 100 ft from the water.
Due to the lack of recognizable debris, I could not tell much about construct
ion other than it has cinder block walls around a portion of the elevated area
However, based upon the investigation of the other risks I have reviewed in th
e area, there is no question that it was washed away by water reaching at leas
t 25 feet above grade. I have talked with the Insureds and they understand th
e position SF is taking and why.
================================================================================

```
                                        date: 12-29-08                        page:      9
FIRE
claim number
24-z208-955
================================================================================
                                    ACTIVITY LOG
================================================================================

date       time         entered by                         office    region      no
10-22-05   10:57 AM     Roberts, Paula                     ZCATGULF  Al-Miss     14
Please advise.  Where are photos and logs of your investigation for this claim
?  We need proximity to water, etc. per investigation of wind and water protoco
ls.

date       time         entered by                         office    region      no
10-21-05   03:20 PM     Murrah, Avery x625                 ZCATGULF  Al-Miss     13
Discussed with Insurd that this was a 2nd home and therefore not eligible for
PU benefits.

date       time         entered by                         office    region      no
10-19-05   06:09 PM     Murrah, Avery x625                 ZCATGULF  Al-Miss     12
Sent Insured a letter denying flood for HO based upon flood being cause of los
s and not an  insured event.  File ready to close without payment.

date       time         entered by                         office    region      no
10-06-05   01:03 PM     Bergstrom, Mick                    ZCATBILO  Al-Miss     10
Reviewed file.  OK to pay interim fee bill and return to rep pending engineer
report.

date       time         entered by                         office    region      no
10-05-05   11:44 AM     Bergstrom, Mick                    ZCATBILO  Al-Miss      9
Forwarded engineer request.

date       time         entered by                         office    region      no
10-03-05   07:51 PM     Murrah, Avery x625                 ZCATGULF  Al-Miss      8
Set up file for Homeowner claim under investigation and am waiting to assign
it to proper party.

date       time         entered by                         office    region      no
09-28-05   12:05 PM     Murrah, Avery x625                 ZCATGULF  Al-Miss      7
Talked to Ms. Spansel who is now in Baton Rouge.  New phone number is 504-450-
7312/ 22-615-7507.  Mailing address is
900 Dean Lee Dr., Unit 406, Baton Rouge, La 70820.  All is left is slab and
side piece of porch.  Ms. Spansel asked that I interview husband for detail on
 house.  Called him and left a message to call.  I explained ALE to Ms. Span
sel and she will start keeping records.  I will discuss advance with Mr. S and
explain when it stops after the investigation.
Tried to phone Insured at 8:15 and 8:30 PM.  Finally was able to leave a messa
ge that I called on 504-450-7312.

date       time         entered by                         office    region      no
09-17-05   03:30 PM     Henderson, Joe                     CHARLOTT  Eastern      6
Called all #'s unable to reach
================================================================================
```

date: 12-29-08                                                         page:   10

FIRE
claim number
24-Z208-955

============================================================================
                              ACTIVITY LOG
============================================================================

date        time         entered by                    office    region    no
09-17-05    12:09 PM     Carter, Emily                 FIRECATQ  GA-SC      5
Tried contacting insured at both numbers listed and could not get through.

date        time         entered by                    office    region    no
09-07-05    12:19 PM     Hare, Lisa                    ZCATMETA  Mid-So     4
Issued cash advance under flood policy claim 24-Z208-954, $2500.

date        time         entered by                    office    region    no
09-05-05    01:51 PM     Hicks, Melissa                FIRECATQ  Al-Miss    2
A Claim Rep Review message has been printed for * Unassigned *
Q0030 Review new policy information.  A change was made to the policy region,
policy number, or date of loss.
============================================================================
                           SYSTEM GENERATED LOG
============================================================================

                                                total system log entries:   4

date        time                                      office    region    no
02-12-06    05:44 AM                                  ZCATGULF  Al-Miss   18
Referred to ZCATGULF Al-Miss  09-800
Referral Type  Cons payment sys ref

date        time                                      office    region    no
10-09-05    07:43 AM                                  ZCATGULF  Al-Miss   11
Setup Print generated manually on printer L047
 by Karen Henderson

date        time                                      office    region    no
09-05-05    03:46 PM                                  FIRECATQ  Al-Miss    3
Moved to ZCATBILO Al-Miss  09-810

date        time                                      office    region    no
09-05-05    12:06 PM                                  FIRECATQ  Al-Miss    1
Initial agent acknowledgment sent for reporting agent
24-1334 SAUCIER
============================================================================
                                 FACTS
============================================================================

HURRICANE/FLOOD



============================================================================
                            ROOF INFORMATION
============================================================================
roof type            roof cov code      roof install date      hail resistive class
Composition Shingle
============================================================================

                              POLICY NOTES

date: 03-29-05
   AUTOS IN LA 0188638 (22)
============================================================================



                                                              24-z208-955 (H0)
                                                              Spansel 100122