IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHARLES SPANSEL
and JANET SPANSEL                                                                      PLAINTIFFS

V.                                                CIVIL ACTION NO. 1:08-CV-1516 LG RHW

STATE FARM INSURANCE COMPANY,
STEVE SAUCIER, Individually and as Agent
of STATE FARM INSURANCE CO.,
and JOHN DOES 1-10                                                                    DEFENDANTS

### NOTICE OF ENTRY OF APPEARANCE

COMES NOW, John F. Hawkins, Esquire with the law firm of Hawkins, Stracener & Gibson, PLLC, and respectfully enters his appearance in this action as co-counsel of record for Plaintiffs, Charles and Janet Spansel, in the above styled and numbered cause.

Respectfully submitted, this the 26th day of January, 2009.

                                                        CHARLES SPANSEL AND JANET SPANSEL –
                                                        PLAINTIFFS


                                                        By: s/John F. Hawkins
                                                           John F. Hawkins

**OF COUNSEL:**

John F. Hawkins, Esquire (MS Bar #9556)
HAWKINS, STRACENER & GIBSON, PLLC
628 North State Street (39202)
Post Office Box 24627
Jackson, MS 39225-4627
Telephone: (601) 969-9692
Facsimile: (601) 914-3580

Edward Gibson, Esquire (MS Bar #100640)
Rose M. Hurder, Esquire (MS Bar #103040)
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Telephone: (228) 469-0785
Facsimile: (228) 467-4212

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this day electronically filed the above and foregoing *Notice of Entry of Appearance* with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record as indicated below:

Scott Spragins, Esquire
sspragins@hickmanlaw.com; lawrencetucker@hickmanlaw.com; mwheeler@hickmanlaw.com; atailyour@hickmanlaw.com; glewis@hickmanlaw.com; dcoleman@hickmanlaw.com

This the 26th day of January 2009.

S/John F. Hawkins
JOHN F. HAWKINS

2